# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEX KOSNICKI, | CASE NO. C15-193 MJP |
| Plaintiff, | ORDER ON OBJECTIONS TO REPORT AND RECOMMENDATION |
| v. | |
| TODD JAKOBSON, et al., | |
| Defendants. | |

THIS MATTER comes before the Court on Magistrate Judge Donohue's Report and Recommendation regarding Plaintiff's amended § 1983 complaint and related motion for a stay. (Dkt. No. 9.) Plaintiff objects solely to the section of the Report and Recommendation recommending against a stay. (Dkt. No. 10.) As Judge Donohue explained, a cause of action for damages attributable to an allegedly unconstitutional conviction or sentence "does not accrue until the conviction or sentence has been invalidated." (Dkt. No. 9 at 5 (quoting Heck v. Humphrey, 512 U.S. 477, 490 (1994)).) Plaintiff cannot even state a claim until his § 2255 is resolved in his favor, so a stay while he waits for a ruling in the § 2255 would be inappropriate. The Report and Recommendation is therefore ADOPTED in full, the action is DISMISSED

1 without prejudice so that Plaintiff can satisfy the <u>Heck</u> pleading requirements in the future, and
2 the motion for a stay is DENIED.

3

4  The clerk is ordered to provide copies of this order to all counsel.

5  Dated this 3rd day of June, 2015.

                */s/ Marsha J. Pechman*
                Marsha J. Pechman
                Chief United States District Judge